584

petitioner. *Messrs. Amos C. Miller, Edward R. Adams,* and *Robert W. Wales* for respondent.

No. 989. POTASH ET AL. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Kenneth E. Walser* for petitioners. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 990. UNITED STATES *v.* NUNNALLY INVESTMENT Co. May 26, 1941. Petition for writ of certiorari to the Court of Claims denied. *Assistant Solicitor General Fahy* for the United States. *Mr. W. A. Sutherland* for respondent.

No. 1001. ERNEST E. MARKS CO. *v.* UNITED STATES. May 26, 1941. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Delbert A. Clithero* for petitioner. *Solicitor General Biddle* and *Messrs. Charles D. Lawrence* and *John R. Benney* for the United States.

No. 792. RICHARD ARCHBOLD *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 793. ADRIAN ARCHBOLD *v.* SAME;

No. 794. JOHN ARCHBOLD *v.* SAME; and

No. 795. VAN BEUREN *v.* SAME. May 26, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William R. Spofford* for petitioners. *Solicitor General Biddle* for respondent. Reported below: 115 F. 2d 1005.